United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jose M Avila Vasquez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4880 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# FINAL JUDGMENT

For the reasons set forth in the Court's Order Denying Petition, Doc. 13, entered this same date, this action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT. The Clerk shall provide a copy of this Final Judgment to the parties.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 22nd of October, 2026.

Nicholas J. Ganjei
United States District Judge